# United States District Court
# Eastern District of California

ARLENE VEGA; JOSEPH VEGA

Plaintiff(s)

V.

SERVICE FINANCE COMPANY, LLC, et al.

Defendant(s)

Case Number: 1:26-cv-07100-JLT-HBK

ORDER APPROVING
APPLICATION FOR PRO HAC VICE

(Doc. 10)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert Locke Beatty hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Service Finance Company, LLC

On 08/29/2008 (date), I was admitted to practice and presently in good standing in the State of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/29/2026 Signature of Applicant: /s/ R. Locke Beatty

**Pro Hac Vice Attorney**

Applicant's Name: Robert Locke Beatty

Law Firm Name: McGuirewoods LLP

Address: 201 N. Tryon Street

Suite 3000

City: Charlotte State: NC Zip: 28202

Phone Number w/Area Code: (704) 343-2244

City and State of Residence: Charlotte, North Carolina

Primary E-mail Address: lbeatty@mcguirewoods.com

Secondary E-mail Address: cpark@mcguirewoods.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexandra Farley

Law Firm Name: McGuirewoods LLP

Address: Two Embarcadero Center

Suite 1300

City: San Francisco State: CA Zip: 94111-3821

Phone Number w/Area Code: (415) 844-1946 Bar # 339924

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/30/2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT